**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01369-GPG-KAS
Consolidated with Civil Action No. 1:25-cv-0147-GPG-KAS

---

Civil Action No. 1:25-cv-01369-GPG-KAS

JERALD W. MASON,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS,

Defendant.

---

Civil Action No. 1:25-cv-01407-GPG-KAS

ERIC SINCLAIR,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS,

Defendant.

---

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

---

Sophie Kaineg hereby moves to withdraw, pursuant to D.C.COLO.LAttyR 5(b), on behalf of School District No. 1 d/b/a Denver Public Schools., ("Defendant"). Effective November 12, 2026, Ms. Kaineg is no longer affiliated with Hall & Evans, L.L.C. As such, good cause exists for

Ms. Kaineg's withdrawal as counsel for Defendant. Defendant will continue to be represented by Hall & Evans, L.L.C, specifically attorney Andrew D. Ringel. There will be no prejudice to Defendant or to the orderly progression of this case. Notice of this Motion was not specifically provided to Defendant, but Defendant elected to have the pending case remain with Hall & Evans, L.L.C and is aware of Ms. Kaineg's need to withdraw.

WHEREFORE, pursuant to D.C.COLO.LAttyR 5(b), Sophie Kaing moves the Court to find good cause for this withdrawal and to enter an Order to make it effective.

Respectfully submitted this 12 day of November, 2026.

FISHER PHILLIPS LLP

*/s/ Sophie Kaineg*

Sophie Kaineg
1125 17th Street, Suite 2400
Denver, CO 80202
Tel: (303) 218-3650
Fax: (303) 218-3651
sakaineg@fisherphillips.com

***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system and that service will be accomplished by the CM/ECF system on all parties on record.

*/s/ Monica Riley*
Monica Riley
for FISHER PHILLIPS LLP